# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2157
_____

George T. Sullivan

*Plaintiff   Appellant*

v.

Vetis S. Malone, Corporal, Varner Supermax; Brandon C. Carroll, Chief of
Security, Major, Varner Supermax

*Defendants   Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: January 30, 2023
Filed: February 10, 2023
[Unpublished]
_____

Before GRUENDER, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

George Sullivan appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record, we find no basis for reversal. *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (reviewing de novo grant of summary judgment); *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (reviewing de novo 28 U.S.C. § 1915A dismissal). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Sullivan's pending motion.

————————————————

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.